Barry Donnellan
937 8th Avenue
Fairbanks, Alaska 99701
907-322-4960

RECEIVED
JAN 28 2020
Clerk, U.S. District Court
Fairbanks, AK

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA, FAIRBANKS

Halibut Trust,

      Plaintiff,

v.

Beverly Floerchinger,

      Defendant.

Case No. 4:20-cv-00005-SLG

## COMPLAINT

NOW COMES the Halibut Trust, by and through its Trustee Barry Donnellan, and shows its complaint as follows:

### I
### JURISDICTION

1. Diversity of Citizenship: The Plaintiff Halibut Trust is domiciled in the State of New York; the Defendant is a citizen of Alaska.

### II
### PARTIES

2. Plaintiff Halibut Trust (hereinafter Halibut) is a irrevocable trust, TIN 47-7143916 establish 12/20/10, by Trustor Margaret Antonia Bertran, domiciled in Alaska. Domicile was changed to the State of New York on 01/18/2018.

3. Defendant Beverly Floerchinger (hereinafter Floerchinger), a resident of Alaska, is the sole stockholder and sole director of Yukon Title Company, Inc.

1

14. The First American Title Insurance Company does not exist per the records of the state of Alaska.

## RELIEF

15. Judgment for the Plaintiff against the Defendant in the amount to be determined at trial for compensatory damages.

16. Judgment for the Plaintiff against the Defendant in the amount to be determined at trial for punitive damages.

17. Cost.

18. Interest.

19. Any other relief this court deems just.

## COUNT II
## MISREPRESENTATION

20. All previous paragraphs are incorporated by reference herein.

21. At page 7 of 12 in attached Exhibit A, Floerchinger misrepresents the status of Yukon by claiming her alter ego company, Yukon, is a title insurance company when in fact it is nothing more than an insurance agency. See Exhibit C.

## RELIEF

22. Judgment for the Plaintiff against the Defendant in the amount to be determined at trial for compensatory damages.

23. Judgment for the Plaintiff against the Defendant in the amount to be determined at trial for punitive damages.

24. Cost.

25. Interest.

26. Any other relief this court deems just.

*Barry Donnellan*
_____
Barry Donnellan,
Dated: January 27, 2020

4